AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

RANDALL N. WIIDEMAN,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
  V.

                                  CASE NUMBER: **3:10-CV-00617-RCJ-RAM**

JAMES G. COX, et al.,

     Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE as to all counts and all defendants.

   3/30/2011                                                         **LANCE S. WILSON**
                                                                                     Clerk

                                                                                     /s/ P. McDonald
                                                                                  Deputy Clerk